IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02546-MJW

BONNIE M. PEREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on March 28, 2016, incorporated herein by reference, it is

    ORDERED that the Commissioner's decision is REMANDED for further proceedings.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Bonnie M. Perez, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

    DATED at Denver, Colorado this  28th  day of March, 2016.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/S. Libid
    S. Libid, Deputy Clerk